**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF<br><br>Norma Hurt,<br>         Debtor<br>────────────────<br>W. Mooney<br>         Appellant.<br>vs.<br>Norm Hurt, et. al.,<br>         Appellees. | No. CV-07-1496-PHX-SMM<br><br><br>**ORDER** |

Pending before the Court is the Motion to Dismiss (Doc. 5) filed by Appellee Norma Hurt pursuant to Ninth Circuit BAP Rule 8009-1(c)(2). Appellee contends that dismissal of the appeal is proper because (1) the sale of property of the bankruptcy made the sole basis for this Appeal was never completed; (2) the property subject to the sale has been ordered abandoned by the U.S. Bankruptcy Court; and (3) the Appellant has failed to file his Opening Brief.

Appellee is correct that the Order of the U.S. Bankruptcy Court confirming the sale of the subject property out of the Bankruptcy Estate specifically stated that an earnest money deposit was to be placed in the escrow of the sale on or before August 31, 2007. Despite this Order, the successful bidder did not deposit the earnest money in a timely manner or close the transaction by paying the full purchase [bid] price. Consequently, the Debtor advised the U.S. Bankruptcy Court and all interested parties of said delinquencies. Thereafter, Creditor,

1 Maricopa County, on behalf of all real property tax lien holders and holders of certifications
2 of purchase of tax liens, filed an Application for an Order Abandoning the Property. The
3 U.S. Bankruptcy Court granted the Motion. Furthermore, the U.S. District Court entered an
4 Order on September 19, 2007 requiring the Appellant to file its Opening Brief no later than
5 fifteen (15) days thereafter. To date Appellant has failed to file its Opening Brief. Thus,
6 Therefore, the sale of the real property made the subject of this Appeal did not in fact occur,
7 and Appellant failed to file its Opening Brief.

Based on the foregoing,

**IT IS HEREBY ORDERED GRANTING** Appellee's Motion to Dismiss (Doc. 5) this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

DATED this 12th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge